**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-60777-CIV-ALTMAN/Hunt**

**W1 OPTIMUM PARTNERS, LLC**,

      Plaintiff,

v.

**WHITE ROCK, DMCC**,

      Defendant.

_____/

**<u>ORDER</u>**

**THIS MATTER** comes before the Court on the Plaintiff's Declaration of Citizenship [ECF No. 43].

In that Declaration, the Plaintiff admits that it is a foreign alien for purposes of federal diversity jurisdiction under 28 U.S.C. § 1332. *See id.* at 1; *see Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) (limited liability company is deemed citizen of any state where any of its members is a citizen). The Plaintiff therefore concedes that diversity jurisdiction does not exist. [ECF No. 43] at 1.

The Court appreciates the Plaintiff's candor and agrees that, because both the Plaintiff and the Defendant are aliens, diversity jurisdiction is lacking here. *See Iraola & CIA, S.A. v. Kimberly-Clark Corp.*, 232 F.3d 854, 860 (11th Cir. 2000) ("It is a standard rule that federal courts do not have diversity jurisdiction over cases where there are foreign entities on both sides of the action, without the presence of citizens of a state on both sides."). And, because diversity of citizenship was the only asserted basis for the exercise of federal jurisdiction in this case, *See* Second Am. Compl. [ECF No. 12] at 2, the Court lacks subject-matter jurisdiction.

Accordingly, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. Pursuant to Federal Rule of Civil Procedure 12(h)(3), this case is **DISMISSED without prejudice** for lack of subject-matter jurisdiction.

2. The Clerk shall **CLOSE** this case, all pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

3. In accordance with Federal Rule of Civil Procedure 58, final judgment will be entered separately.

**DONE AND ORDERED** in Fort Lauderdale, Fl~~orida this~~ 8th day of August 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record