**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-60777-CIV-ALTMAN/Hunt**

**W1 OPTIMUM PARTNERS, LLC**,

    Plaintiff,

v.

**WHITE ROCK, DMCC**,

    Defendant.

_____/

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the Court's separate order dismissing this case for lack of subject-matter jurisdiction, the Court hereby

**ORDERS AND ADJUDGES** that this case is **DISMISSED without prejudice** for lack of subject-matter jurisdiction. The Clerk is directed to **CLOSE** this case, all pending hearings and deadlines are **CANCELLED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 8th day of August 2019.

                                                          _____
                                                          **ROY K. ALTMAN**
                                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record